JOHNSON et al., Respondents, v. SWANSON et al., Appellants.

(210 N. W. 662.)

(File No. 5708.   Opinion filed November 15, 1926.)

1.   Schools and School Districts—Appeal and Error.
    Petition for exclusion of certain territory from existing district and formation of new district therefrom held a "special proceeding," as affecting right to appeal.

2.   Schools and School Districts.
    Final order granting petition for formation of school district held a "judgment" from which an appeal lies, under Rev. Code 1919, § 3145, irrespective of section 3168.

---

Note.—See, Headnote (1), American Key-Numbered Digest, Schools and school districts, Key-No. 27, 35 Cyc. 843 (Anno); (2) Schools and school districts, Key-No. 27, 35 Cyc. 843 (Anno).

Appeal from Circuit Court, Hyde County; Hon. John F. Hughes, Judge.

Petition by F. W. Johnson and others for the formation and organization of a common school district from territory embraced within the Highmore Independent School District of Highmore, S. D. From a judgment granting the petition, and from an order denying new trial, C. P. Swanson and others appeal. Affirmed.

*M. C. Cunningham,* of Highmore, and *A. K. Gardner,* of Huron, for Appellants.

*M. Harry O'Brien,* of Highmore, and *Waddel & Dougherty,* of Webster, for Respondents.

GATES, P. J. This is an appeal by defendants from a judgment and order denying new trial; the judgment having granted a petition for the exclusion of certain territory from Highmore independent school district and the formation of a common school district thereof.

It is urged by respondent that this is neither an action nor a special proceeding and that an appeal to this court does not lie from the determination made by the trial court; that certiorari was the only remedy.

[1, 2] We are of the opinion that this is a special proceeding (State v. Kieffer, 45 S. D. 288, 187 N. W. 164; Kundert v. City of Madison, 39 S. D. 43, 162 N. W. 898) ; that the final order of the trial court was in effect a judgment; that appeal therefrom does lie to this court as from a judgment (Rev. Code 1919, § 3145) ; and, therefore, that no authority for appeal need be sought under section 3168, which defines appealable orders.

All of the questions argued by appellants are argued in practically the same language in No. 5683, Larsen v. Seneca, Ind. School Dist., 50 S. D. —, 210 N. W. 661, the opinion in which is handed down herewith.

For the reasons stated in the opinion in that case, the judgment and order denying new trial in this case are affirmed.

DILLON, J., not sitting.